IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROCHELLE M. EVANS | ) |
| | ) |
| v. | ) NO. 3:09-1072 |
| | ) JUDGE CAMPBELL |
| VISTEON CORP., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 21), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Ford Motor Company's Motion to Dismiss Complaint (Docket No. 6) is GRANTED, and Plaintiff's federal claims against Defendant Ford Motor Company are DISMISSED. Having dismissed the federal causes of action, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims against this Defendant, and those claims are remanded to the State court.

Plaintiff's claims against Defendant Visteon Corporation remain stayed pursuant to the Court's previous Order (Docket No. 8).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE